No. 77–332.   F. EBERSTADT & Co., INC., ET AL. *v.* TANNENBAUM ET AL.   C. A. 2d Cir.   Motion of Investment Company Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.   MR. JUSTICE POWELL would grant certiorari.

No. 77–401.   INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 922, ET AL. *v.* STATEN ISLAND RAPID TRANSIT OPERATING AUTHORITY.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.   MR. JUSTICE BRENNAN would grant certiorari.

No. 77–5019.   PEREZ *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   MR. JUSTICE STEWART would grant certiorari.